698

In the Matter of FRANCISCO FELIX, Respondent, v NEW YORK CITY DEPARTMENT OF CITYWIDE ADMINISTRATIVE SERVICES et al., Appellants.

Submitted September 7, 2004; decided September 21, 2004

Motion by District Council 37, American Federation of State, County and Municipal Employees, AFL-CIO for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.

In the Matter of ADRIAN HERNANDEZ, Appellant, v DONALD SELSKY, as Director of Special Housing and Inmate Disciplinary Programs, Respondent.

Submitted July 19, 2004; decided September 21, 2004

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied.

In the Matter of ERIC KELLY, Appellant, v J. MICHAEL BRUHN, as County Judge of Ulster County Court, et al., Respondents.

Submitted June 28, 2004; decided September 21, 2004

Motion for reconsideration of this Court's May 11, 2004 dismissal order denied [see 2 NY3d 793]. Motion for leave to appeal denied.